UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA A. RANGEL,<br>　　　　Plaintiff<br><br>　　　　vs<br><br>COMMISSIONER OF<br>SOCIAL SECURITY<br><br>　　　　Defendant | **NEW CASE NO.   1:06-cv-00884-SMS**<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE<br><br>Old Case No.  1:06-cv-00884-AWI-SMS |

　　　IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge SANDRA M. SNYDER as Presiding Judge of the above entitled action.  Plaintiffs filed their consent on August 1, 2006 and Defendants filed their consent on November 7, 2006 under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

# ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:
# 1:06-cv-00884-SMS

IT IS SO ORDERED.

**Dated:   November 17, 2006**　　　　　　　　　**/s/ Anthony W. Ishii**
0m8i78　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE