McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
PETER THOMPSON
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: peter.thompson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MARIA RANGEL,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE[1],<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:06-CV-00884 SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Opening Brief be extended from March 29, 2007 to April 13, 2007.

    This is Defendant's first request for an extension of time to respond to Plaintiff's Opening Brief. Defendant needs the additional time to further review the file and prepare a response in this matter.

\\\

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

                                    Respectfully submitted,

Dated: April 6, 2007                /s/ Steven G. Rosales
                                    (As authorized via telephone)
                                    STEVEN G. ROSALES
                                    Attorney for Plaintiff


Dated: April 6, 2007                McGREGOR W. SCOTT
                                    United States Attorney
                                    LUCILLE GONZALES MEIS
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration


                                    /s/ Peter Thompson
                                    PETER THOMPSON
                                    Special Assistant U.S. Attorney

**IT IS SO ORDERED:**


Dated:  4/13/2007

                                     /s/ Sandra M. Snyder
                                    THE HONORABLE SANDRA M. SNYDER
                                    United States Magistrate Judge

2